UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEESA SCHAEFER,<br>            Plaintiff,<br>    v.<br>CVS PHARMACY, INC.,<br>            Defendant. | Case No.  16-cv-01187-DMR<br><br>**ORDER**<br>Re: Dkt. No. 14 |

Pursuant to the parties' stipulation to stay the instant action during the pendency of binding contractual arbitration [Docket No. 14], IT IS HEREBY ORDERED THAT:

1. This action is STAYED.

2. The Clerk shall ADMINISTRATIVELY CLOSE the file.

3. Upon final resolution of the arbitration, the parties shall jointly submit to the court within two (2) weeks, a status report that includes any case management requests.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: April 26, 2016

Donna M. Ryu
United States Magistrate Judge